**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Riki Rashaad Muhammad,<br><br>　　　　　Petitioner,<br>v.<br><br>Dora Schriro, et. al.,<br><br>　　　　　Respondents. | No. CV-06-1036-PHX-SMM<br><br>**ORDER** |

Pending before the Court is Petitioner's Motion for a 21-day Extension of Time Limitations within which to File Objections to Magistrate Judge's Report and Recommendation (Doc. 23). Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Petitioner's Motion for Extension of Time Limitations within which to File Objections to Magistrate Judge's Report and Recommendation (Doc. 23)**.**

**IT IS FURTHER ORDERED** that Petitioner has until **October 29, 2007** within which to file his Objections to the Report and Recommendation filed in this case.

DATED this 9th day of October, 2007.

_____
Stephen M. McNamee
United States District Judge