**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Riki Rashaad Muhammad, | ) | No. CV-06-1036-PHX-SMM |
| Petitioner, | ) | **ORDER** |
| v. | ) | |
| Dora Schriro, et. al., | ) | |
| Respondents. | ) | |

Pending before the Court is Petitioner's Motion for an additional 5-day Extension of Time Limitations within which to File Objections to the Magistrate Judge's Report and Recommendation (Doc. 25). Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Petitioner's Motion for Extension of Time Limitations within which to File Objections to the Magistrate Judge's Report and Recommendation (Doc. 25)**.**

**IT IS FURTHER ORDERED** that Petitioner has until **November  5, 2007** within which to file his Objections to the Report and Recommendation filed in this case.

DATED this 30th day of October, 2007.

Stephen M. McNamee
United States District Judge