**WO**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Riki Rashaad Muhammad, | ) | CASE NO.   CV 06-1036-PHX-SMM |
| Petitioner/Appellant, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | re: CERTIFICATE OF APPEALABILITY |
| Dora Schriro, et al., | ) | |
| | ) | and IN FORMA PAUPERIS STATUS |
| Respondents/Appellees, | ) | |

I, _Stephen M McNamee_ Judge of the United States District Court for the District of Arizona, certify that I have examined the Petition of _Riki Rashaad Muhammad_ for issuance of a Certificate of Appealability, together with the application for a Writ of Habeas Corpus filed in this Court, and FIND:

/_/  Certificate of Appealability Granted.  Probable cause exists for the appeal taken in the above-named cause through the United States Court of Appeals for the Ninth Circuit from the Order of this Court denying petitioner's application for Writ of Habeas Corpus, and GRANTS that petitioner be allowed to proceed in forma pauperis for this appeal.  The appellant has made a substantial showing of the denial of a constitutional right with respect to the following issues:

_____

_____ .

/_x_/  Certificate of Appealability Denied.  Probable cause does not exist for the appeal. The applicant has not made a substantial showing of the denial of a constitutional right.  In Forma Pauperis status denied as to this appeal.

DATED this 20th day of November, 2007.

_____
Stephen M. McNamee
United States District Judge