**WO**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Riki Rashaad Muhammad, | No. CV-06-1036-PHX-SMM |
| Petitioner, | **ORDER** |
| v. | |
| Dora Schriro, et. al., | |
| Respondents. | |

Pending before the Court is Petitioner's Motion for a 30-day Extension of Time Limitations within which to File an Application for Certificate of Appealability (Doc. 34). Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Petitioner's Motion for Extension of Time Limitations within which to File an Application for Certificate of Appealability (Doc. 34)**.**

**IT IS FURTHER ORDERED** that Petitioner has until **Friday, February 1, 2008** within which to file the appropriate documents.

DATED this 26th day of December, 2007.

Stephen M. McNamee
United States District Judge